# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Bigham, *et al.*, | Civ. No. 12-1338 (RHK/TNL) |
| Plaintiffs, | **ORDER FOR JUDGMENT** |
| vs. | |
| New Market Mechanical LLC, | |
| Defendant. | |

By Order dated November 13, 2012 (Doc. No. 14), the Court determined that Defendant was in default and Plaintiffs were entitled to the entry of a money judgment for all unpaid contributions, liquidated damages, interest, and attorneys' fees and costs found to be due and owing for the period from July 2012 forward (the "Delinquency Period"), which could not then be determined because Defendant had failed to tender required remittance reports, plus all amounts due and owing pursuant to the remittance reports Defendant had submitted for the period of April 2012 through June 2012. Defendant later produced the remittance reports for the Delinquency Period, showing no hours were worked by employees covered by the Collective Bargaining Agreement during the Delinquency Period and, hence, no contributions were due for that period.

Plaintiffs now move for the entry of a money judgment for all sums due (Doc. No. 29). Based on the Motion, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Motion (Doc. No. 29) is **GRANTED**. Plaintiffs shall recover of Defendant New Market Mechanical LLC the sum of $13,891.61, comprising delinquent

contributions of $7,398.64, liquidated damages of $1,479.73, and attorneys' fees and costs of $5,013.24.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 23, 2013                                              s/Richard H. Kyle
                                                                              RICHARD H. KYLE
                                                                              United States District Judge